IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK SCHIFF,<br><br>  Plaintiff,<br><br>  v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO; THE SAN FRANCISCO POLICE DEPARTMENT; and HEATHER FONG, individually and in her official capacity as Chief of the SAN FRANCISCO POLICE DEPARTMENT,<br><br>  Defendants.<br>_____/<br>HEINZ HOFMANN and THOMAS BUCKLEY,<br><br>  Plaintiffs,<br><br>  v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO; THE SAN FRANCISCO POLICE DEPARTMENT; GEORGE GASCON, individually and in his official capacity as Chief of Police, SFPD; JEFFEREY GODOWN, individually and in his official capacity as Chief of Police, SFPD,<br><br>  Defendants.<br>_____/ | No. C 08-04627 CW<br><br>JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES<br><br><br>No. C 11-4016 CW |

  Pursuant to Civil Local Rule 3-12 (c), this Court, sua sponte, refers the above referenced cases to Judge Hamilton to consider whether they are related.

  IT IS SO ORDERED:


Dated:  __12/1/2011_____         _____
                                 CLAUDIA WILKEN
                                 United States District Judge