IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEINZ HOFMANN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE CITY & COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-04016 CW<br><br>ORDER OF<br>REFERENCE TO<br>MAGISTRATE JUDGE |

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the motion to compel further responses to interrogatories and requests for production of documents, administrative motion to file excess pages, and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge. The hearing noticed for Thursday, December 13, 2012, is vacated. Counsel will be advised of the date, time and place of any appearance by notice from the assigned Magistrate Judge.

Dated: 11/13/2012

                                      CLAUDIA WILKEN<br>
                                      United States District Judge

cc: MagRef; Assigned M/J w/mo.

**United States District Court**<br>For the Northern District of California