**United States District Court**
**Northern District of California**

| | |
|---|---|
| **HEINZ HOFFMAN, et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **THE CITY AND COUNTY OF SAN FRANCISCO, et al.**, <br><br> Defendants. | Case No.: 4:11-cv-4016 CW (KAW) <br><br> **ORDER DENYING MOTION TO COMPEL AND MOTION TO EXCEED PAGE LIMIT WITHOUT PREJUDICE** |

On November 13, 2012, this matter was referred to Magistrate Judge Kandis A. Westmore for discovery purposes. The parties shall comply with Judge Westmore's General Standing Order, available online at *http://www.cand.uscourts.gov/kaworders*. As set out in the standing order, with regard all discovery disputes, the parties must meet and confer in person, or by telephone if an in-person conference is not feasible. If the parties are unable to resolve their dispute after the meet and confer session, they shall file a joint meet and confer letter. Upon review of the parties' letter, the Court will either order further briefing and/ or oral argument, or deem the matter submitted on the papers.

Plaintiffs filed a motion to compel on November 8, 2012. Plaintiffs also filed a motion for administrative relief to exceed the page limit for the motion to compel. These motions are hereby denied without prejudice to the filing of a joint letter.

IT IS SO ORDERED.

DATE: **November 15, 2012**

_____
KANDIS A. WESTMORE
United States Magistrate Judge