United States District Court
Northern District of California

1
2
3
4
5

**United States District Court**
**Northern District of California**

6  HEINZ HOFFMAN, et al.,

7              Plaintiffs,

8       v.

9  THE CITY AND COUNTY OF SAN
   FRANCISCO, et al.,

10             Defendants.

11

Case No.: 4:11-cv-4016 CW (KAW)

**ORDER DENYING MOTION TO**
**COMPEL AND MOTION TO EXCEED**
**PAGE LIMIT WITHOUT PREJUDICE**

12      On November 13, 2012, this matter was referred to Magistrate Judge Kandis A. Westmore

13  for discovery purposes.  The parties shall comply with Judge Westmore's General Standing Order,

14  available online at *http://www.cand.uscourts.gov/kaworders*.  As set out in the standing order,

15  with regard all discovery disputes, the parties must meet and confer in person, or by telephone if

16  an in-person conference is not feasible.  If the parties are unable to resolve their dispute after the

17  meet and confer session, they shall file a joint meet and confer letter.  Upon review of the parties'

18  letter, the Court will either order further briefing and/ or oral argument, or deem the matter

19  submitted on the papers.

20      Plaintiffs filed a motion to compel on November 8, 2012.  Plaintiffs also filed a motion for

21  administrative relief to exceed the page limit for the motion to compel.  These motions are hereby

22  denied without prejudice to the filing of a joint letter.

23      IT IS SO ORDERED.

24

25  DATE:  **November 15, 2012**

26                          KANDIS A. WESTMORE
                            United States Magistrate Judge
27
28