IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HEINZ HOFMANN, et al.,

      Plaintiffs,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

      Defendants.
                                 /

No. C 11-4016 CW

ORDER AMENDING BRIEFING SCHEDULE

     On May 23, 2013, Plaintiffs and Defendants filed separate motions for summary judgment. Both motions were noticed for a hearing on June 27, 2013, two days before the dispositive motions cutoff.

     The Court's standing order provides that "all case-dispositive motions in a case will be briefed and heard together." The order specifically directs Plaintiffs to file any case-dispositive motions at least six weeks before the dispositive motions cutoff. Plaintiffs failed to comply with this directive.

     Accordingly, Plaintiffs' motion for summary judgment (Docket No. 78) is stricken and should be re-filed as a cross-motion on June 6, 2013. Plaintiffs' cross-motion and opposition to Defendants' motion should be contained within a single brief, which shall not exceed twenty-five pages in length.

     Defendants' reply and opposition to Plaintiffs' cross-motion will be due June 13, 2013 and shall be contained within a single brief not to exceed fifteen pages.

     Defendants' reply brief will be due June 17, 2013 and shall not exceed fifteen pages.

Finally, Defendants' motion to appoint a receiver (Docket No. 79) is stricken because it is identical to Defendants' motion for summary judgment. The parties are directed to consult the briefing schedule set forth in the Court's standing order for summary judgment motions.

IT IS SO ORDERED.

Dated: May 24, 2013

CLAUDIA WILKEN
United States District Judge