UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEINZ HOFMANN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　　Defendants. | Case No.: 4:11-cv-4016 CW (KAW)<br><br>ORDER SETTING TELEPHONIC HEARING REGARDING DISCOVERY DISPUTE |

　　Defendants moved for a telephonic hearing regarding a discovery dispute in the above-captioned case. The court will hold a hearing on the matter on September 9, 2013 at 3:00 p.m. The court will call Plaintiffs' counsel, Thomas Kevin Bourke, and Defendants' counsel, Na'il Benjamin, at the phone numbers listed on CM/ECF.

　　IT IS SO ORDERED.

Date: September 9, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge

1