UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEINZ HOFMANN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No.: 4:11-cv-4016 CW (KAW)<br><br>ORDER REGARDING REVISED SUPPLEMENTAL RESPONSES TO INTERROGATORIES |

On September 9, 2013, the court held a telephone conference on a discovery dispute in the above-captioned case. Defendants agreed to submit revised supplemental responses to Plaintiffs' interrogatories. Defendants shall submit such revised supplemental responses to Plaintiffs no later than September 10, 2013 at 5:00 p.m. Defendants' revised responses shall include further detail than that which was provided in Defendants' prior responses and shall not include any assertion that the City's reasons for implementing certain selection procedures and tools in promoting police officers are protected by the attorney-client privilege.

IT IS SO ORDERED.

Date: September 10, 2013

_____
KANDIS A. WESTMORE
United States Magistrate Judge