IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEINZ HOFMANN and THOMAS BUCKLEY,<br><br>       Plaintiffs,<br><br>   v.<br><br>CITY & COUNTY OF SAN FRANCISCO, et al.,<br><br>       Defendants.<br>_____/ | No. C 11-4016 CW<br><br>ORDER APPROVING STIPULATION AND CONTINUING TRIAL DATE (Docket No. 126) |

   On April 21, 2014, the parties filed a stipulation to continue the final pretrial conference to July 21, 2014.  The Court hereby APPROVES their stipulation.  However, to avoid a potential conflict with the Court's weekly criminal calendar, the final pretrial conference will be re-scheduled for 2:00 p.m. on July 23, 2014, rather than the date requested by the parties.  In addition, the trial, which was previously set for May 12, 2014, will be continued to 8:30 a.m. on August 25, 2014.

   IT IS SO ORDERED.

Dated: 4/22/2014

CLAUDIA WILKEN
United States District Judge