IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEINZ HOFMANN and THOMAS BUCKLEY, | No. C 11-4016 CW |
| Plaintiffs, | ORDER CONTINUING PRETRIAL CONFERENCE |
| v. | |
| CITY & COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

   On July 16, 2014, the parties filed a joint notice asking the Court to continue their final pretrial conference and trial dates pending approval of their settlement agreement by the San Francisco Board of Supervisors and other city agencies.

   Accordingly, the pretrial conference previously set for July 23, 2014 and the trial previously set for August 25, 2014 are hereby VACATED.  A status conference will be held, if necessary, at 2:00 p.m. on November 12, 2014.  The City and County of San Francisco shall file a Notice of Substitution of Counsel pursuant to Civil Local Rule 5-1(c) as soon as possible.

   IT IS SO ORDERED.

Dated: July 18, 2014

CLAUDIA WILKEN
United States District Judge