UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEINZ HOFMANN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE CITY & COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 11-cv-04016-CW<br><br>CONDITIONAL ORDER OF DISMISSAL<br><br>Re: Dkt. No. 133 |

The Court having been advised that the parties have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that this cause be dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, with proof of service of a copy thereon on opposing counsel, within 30 days from the date hereof, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial. The status conference is vacated.

Dated: January 20, 2015

_____
CLAUDIA WILKEN
United States District Judge